```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

 IN RE:
    GERARDO CANCIO
```



Order Filed on May 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  25-12001

Hearing Date:  05/15/2025

Judge:  VINCENT F. PAPALIA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 19, 2025

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

Debtor(s): GERARDO CANCIO

Case No.: 25-12001VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/15/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/15/2025 of the plan filed on 02/27/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/29/2025 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.